UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MINERVA ESCATEL,

        Plaintiff,

v.                                                             CIVIL NO. 3:14-CV-02517-B-BK

CAROLYN COLVIN,
Acting Commissioner of the Social
Security Administration,

        Defendant.

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 18th day of May, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE